

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Arlene Smith-Scott, | * | Case No. 14-25022-MMH |
| | * | |
| Debtor. | * | Chapter 7 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONTEMPLATED CLOSURE

NOTICE IS HEREBY GIVEN, that, based upon a review of the docket, it appears no legal pleading or other item remains active in this case. Accordingly, the Court will close this case unless, within 30 days hereof, any party in interest notifies the Court why the same should not be closed.

cc:   Debtor
      Chapter 7 Trustee
      United States Trustee
      All Creditors